UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 24 AM 11: 23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. 08 MJ 2249 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Jose Antonio LUNA-Tena, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 22, 2008,** within the Southern District of California, defendant, **Jose Antonio LUNA-Tena,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH DAY OF JULY, 2008

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Antonio LUNA-Tena

## PROBABLE CAUSE STATEMENT

On July 22, 2008, at approximately 10:30 PM, Border Patrol Agent L. Massinburge was advised via service radio, that an Inside Scope operator had observed five individuals hiding in an area known as "East Smuggler's." This area is approximately three miles west of the San Ysidro Port of Entry and approximately two hundred yards north of the United States/ Mexico International Boundary.

With assistance from the scope operator and a brief search, Agent Massinburge located all five individuals hiding in brush. Agent Massinburge approached the group and identified himself as a United States Border Patrol Agent. Agent Massinburge then questioned all five individuals as to their citizenship and nationality. One individual later identified as the defendant **LUNA-Tena, Jose Antonio**, freely admitted to being a citizen and national of Mexico, here in the United States illegally without any immigration documents in his possession. LUNA was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 7, 2008,** through **Calexico, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.